its findings, as petitioner may be advised. Pending the filing of the Committee's report and the making of any motion addressed thereto, the court will hold in abeyance the petitioner's present motion. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ LINDA LEE, an Infant, by Her Guardian ad Litem MARGIE LEE, et al., Respondents, v. ELKAY SHOES, INC., Appellant, et al., Defendants. ELKAY SHOES, INC., Third-Party Plaintiff-Appellant, v. AL FLORANT et al., Third-Party Defendants-Respondents.— Motion by plaintiffs to amend the decision (22 A D 2d 890) of this court rendered December 7, 1964, granted. The decision is amended: (a) so as to delete from the third paragraph the provision making it a condition precedent to plaintiffs' right to accept the reduced sum of $6,000, that Elkay Shoes, Inc., the defendant and third-party plaintiff-appellant shall file and serve a stipulation consenting to reduce proportionately its recovery over against the third-party defendants and consenting to the modification and entry of judgment accordingly; and (b) so that said third paragraph, as amended, shall read as follows: "Judgment and order reversed on the law and the facts, and new trial granted, with costs to abide the event, unless, within sixty days after entry of the order hereon, the infant plaintiff and her guardian ad litem shall serve and file a written stipulation consenting to reduce to $6,000 the amount of the verdict in the infant plaintiff's favor, and consenting to the modification and entry of judgment accordingly. If such stipulation be filed, then the order and the judgment, as thus reduced and modified, are affirmed, without costs." Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hopkins, JJ., concur.

■ JERRY SPIEGEL, Plaintiff, v. ROBERT J. FLYNN et al., Constituting the TOWN BOARD OF THE TOWN OF HUNTINGTON, et al., Defendants.— Motion by defendants, pursuant to CPLR 5701, subd. (c) for leave to appeal to this court from an intermediate order which denied their application to strike out certain portions of the complaint on the ground that such portions are prejudicial and unnecessary, such order not being appealable as of right. The motion for leave to appeal from such an order is required, under the statute (CPLR 5701, subd. [c]), to be made to an individual Justice of this court. The motion is, therefore, referred to the Hon. ARTHUR D. BRENNAN, an Associate Justice of this court, for consideration. Defendants' time to answer the complaint is extended until January 25, 1965. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ JERRY SPIEGEL, Plaintiff, v. ROBERT J. FLYNN et al., Constituting the TOWN BOARD OF THE TOWN OF HUNTINGTON, et al., Defendants.— Motion by defendants, pursuant to CPLR 5701, subd. (c), for leave to appeal from an intermediate order which is not appealable as of right. The motion was referred to Mr. Justice ARTHUR D. BRENNAN; the motion is denied by him.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JAMES WILLIAMS, Defendant.— In a coram nobis proceeding, motion by defendant to dispense with printing and for other relief, denied with leave to renew upon proof that defendant has timely served upon the District Attorney of Kings County and has timely filed in the office of the Clerk of the Supreme Court, Kings County, a notice of appeal from the order which was entered denying the coram nobis application. It appears that at the time this motion was made the order had neither been entered nor a notice of appeal served or filed. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.